

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00467-CR

| | | |
|---|---|---|
| ANGEL RUTH BROOKER, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13870) |
| V. | § | October 22, 2020 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment, incorporated order to withdraw funds, and the bill of costs are modified to delete the $30 "Motion to Proceed/Revoke Fee," leaving $951 as the total balance due. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
　　 Justice Wade Birdwell